UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CR-10-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER ALLOWING DEFENDANT |
| VS. ) | TO ADOPT ALL MOTIONS FILED |
| ) | BY CO-DEFENDANTS |
| SEAN BRYE, ) | |

This matter coming to be heard upon Motion of Defendant Sean Brye, and this Court finding good cause for granting the relief requested;

Therefore, it is ORDERED that Defendant Sean Brye is allowed to adopt, to the extent applicable to him, all motions filed by any co-defendant in this matter.

This the 9 day of May, 2013.

Honorable Terrence W. Boyle
United States District Judge